GINA HAGGERTY LINDELL (SBN: 217258)
glindell@grsm.com
MEGAN L. HAYATI (SBN: 271888)
mhayati@grsm.com
JACOB M. KRALL SBN: 296078
jkrall@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
EDISON POWER CONSTRUCTORS, INC.;
CLIFF COMMEAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PABLO MENDOZA, an individual,<br>Plaintiff,<br>v.<br>EDISON POWER CONSTRUCTORS, INC., an Arizona Corporation; CLIFF COMMEAU, an individual; and DOES 1 through 25, inclusive,<br>Defendants. | CASE NO.:<br>LASC CASE NO: BC723472<br>**DEFENDANTS' NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF PABLO MENDOZA AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 2, 2019, Defendants Edison Power Constructors, Inc. and Cliff Commeau filed their Notice of Removal to Federal Court pursuant 28 U.S.C sections 1332 and 1441 in the Office of the Clerk of the United States District Court for the Central District of California.

/ / /

/ / /

/ / /

A copy of the Notice of Removal is attached hereto as Exhibit A.

Dated: April 2, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Megan L. Hayati*
Gina Haggerty Lindell
Megan L. Hayati
Jacob M. Krall
Attorneys for Defendants
EDISON POWER CONSTRUCTORS, INC.; CLIFF COMMEAU

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071